[Nos. 29871-6-II; 30971-8-II.  Division Two.  December 6, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. IRA MICHAEL CRENSHAW, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 99-1-01397-4, Vicki L. Hogan, J., entered December 20, 2002. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, J., and Morgan, J. Pro Tem.

[No. 30400-7-II.  Division Two.  December 6, 2005.]

JAMES MONK, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-2-00736-9, Jill Johanson, J., entered May 13, 2003. *Reversed* by unpublished opinion per Houghton, J., concurred in by Hunt, J.; Morgan, J. Pro Tem., concurring separately.

[No. 22906-8-III.  Division Three.  December 6, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN D. WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00761-1, Kathleen M. O'Connor, J., entered April 8, 2004. *Reversed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 22912-2-III.  Division Three.  December 6, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL BOYD HEIZER, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 03-1-00033-7, Allen Nielson, J., entered March 19, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Schultheis, J.